NC

FILED

2008 JUN -5 A 10: 27

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

[Stamp: SECURITY HOUSING UNIT C-2 SAN BAY STATE PRISON]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jaime Estrada   J25281
                    Plaintiff,

CASE NO. C 08 02801 MMC

vs.

Michael Sayre MD. CMO
Linda Rowe MD     Defendant.

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Jaime Estrada, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ☐ No ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____



- 1 -

C-2
HOUSING UNIT
STATE PRISON
PELICAN BAY

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

   Frito Lays warehouse San franado Valley California

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment          Yes ☐  No ☒

   b. Income from stocks, bonds, or royalties?         Yes ☐  No ☒

   c. Rent payments?                                    Yes ☐  No ☒

   d. Pensions, annuities, or life insurance payments? Yes ☐  No ☒

   e. Federal or State welfare payments, Social Security or other government source?  Yes ☐  No ☒

   If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

   _____

   _____

3. Are you married?                                    Yes ☒  No ☐

   Spouse's Full Name: Maria Elena Ortega

   Spouse's Place of Employment: N/A

   Spouse's Monthly Salary, Wages or Income:

   Gross $ N/A            Net $ N/A

4. a. List amount you contribute to your spouse's support: $ None

- 2 -

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

No one — N/A

5.  Do you own or are you buying a home?   Yes ☐  No ☒
Estimated Market Value: $_____  Amount of Mortgage: $_____
6.  Do you own an automobile?   Yes ☐  No ☒
Make _____ Year _____ Model _____
Is it financed? Yes ☐  No ☒  If so, Total due: $ _____
Monthly Payment: $ _____
7.  Do you have a bank account?  Yes ☐  No ☒ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _____
Do you own any cash? Yes ☐ No ☒ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ☐  No ☒

8.  What are your monthly expenses?  At the moment I have no money —
Rent: $ N/A           Utilities: N/A
Food: $ N/A           Clothing: N/A
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

- 3 -

SECURITY HOUSING UNIT
DELIC[...] STATE PRISON
IT C-2

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _Restitution_
4  $500. — A little over $500.⁰⁰
5
6  10.  Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ☐  No ☑
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10  N/A
11
12      I consent to prison officials withdrawing from my trust account and paying to the court
13  the initial partial filing fee and all installment payments required by the court.
14      I declare under the penalty of perjury that the foregoing is true and correct and
15  understand that a false statement herein may result in the dismissal of my claims.
16
17  4-23-2008                            Jaime E. D[...]
    DATE                                SIGNATURE OF APPLICANT
18
19
20                                    Case Number: _____
21
...
28

- 4 -

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at
(prisoner's name)

_____ where (s)he is confined.
(name of institution)

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____    _____
                         (Authorized officer of the institution)

-5-

**Case Number:**

**CERTIFICATION OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Jaime Estrada J25281  for the last six months at Pelican Bay State Prison where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $7.50  and the average balance in the prisoner's account each month for the most recent 6-month period was $15.26.   (20%= $3.05)

Dated: 5/6/08

_____
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-6-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030  .701                                              REPORT DATE: 05/06/08
                                                                     PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: NOV. 01, 2007 THRU MAY  06, 2008

ACCOUNT NUMBER : J25281                         BED/CELL NUMBER: CF02U 000000215L
ACCOUNT NAME   : ESTRADA, JAIME                 ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                 TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS     WITHDRAWALS    BALANCE
-----    ----  -------------    ---------  ---------   ----------   -----------    ----------

11/01/2007    BEGINNING BALANCE                                                         0.00

11/20*DD30 CASH DEPOSIT     2274 #98                      45.00                        45.00
12/04 FC04 DRAW-FAC 4       2426 C-2                                    43.50           1.50
12/12 W502 POSTAGE CHARG    2546                                         0.02           1.48
      ACTIVITY FOR 2008
01/17 W516 LEGAL COPY CH    3063                                         0.10           1.38
01/17 W516 LEGAL COPY CH    3066                                         1.20           0.18
02/14 W502 POSTAGE CHARG    3565                                         0.02           0.16
02/14 W502 POSTAGE CHARG    3565                                         0.02           0.14
02/14 W502 POSTAGE CHARG    3565                                         0.02           0.12
02/14 W502 POSTAGE CHARG    3565                                         0.02           0.10
02/14 W502 POSTAGE CHARG    3565                                         0.02           0.08
03/06 W502 POSTAGE CHARG    3907                                         0.08           0.00


                            * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/18/94                        CASE NUMBER: 18574
COUNTY CODE: MER                                FINE AMOUNT: $    1,400.00

 DATE         TRANS.     DESCRIPTION                      TRANS. AMT.       BALANCE
--------     ------     -----------------------------    -----------       ----------

11/01/2007    BEGINNING BALANCE                                                 635.92

11/20/07      DR30       REST DED-CASH DEPOSIT               50.00-             585.92

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                                  TRUST ACCOUNT SUMMARY

 BEGINNING        TOTAL         TOTAL         CURRENT        HOLDS         TRANSACTIONS
  BALANCE        DEPOSITS     WITHDRAWALS     BALANCE       BALANCE        TO BE POSTED
------------    ----------    -----------    ----------    ----------      ------------
     0.00          45.00         45.00          0.00          0.00              0.00
```

|                                                     |                      |
|-----------------------------------------------------|----------------------|
|                                                     | CURRENT              |
|                                                     | AVAILABLE            |
|                                                     | BALANCE              |
|                                                     | 0.00                 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-6-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE