1  Jaime Estrada # J25281
2  PBSP - P.O. Box 7500
3  Crescent City Ca. 95532
4
5
6

FILED

2008 JUN -5 A 10: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

7  Jaime Estrada
8     vs.
9  Linda Rowe md. Michael Sayrem
10 Pelican Bay state Prison medical.

Case No: C08 02801 MMC

Motion for Court Appointed Attorney Counsel for Defendants Civil Suit.

12  I. Jaime Estrada, is the Petitioner of the above motion. I declare
13  the following to be true. I am a Prisoner at Pelican Bay state
14  Prison. I am housed in Solitary Confinement. I ask the court to
15  Grant this motion. due to the fact I have a 5th Grade Education.
16  and I am housed in Solitary Confinement. My access to the Prison's
17  Law Library is severely limited. The fact my fifth Grade Education
18  will severely. interfere with this Appeal.
19      I Pray that the Court would be understanding and grant
20  this motion to appoint me with a Court Appointed Attorney.
21  Please see the Attached Document. It confirms that I have a 5th
22  Grade Education.    This Concludes this motion. I swear under
23  the Penalty of Perjury. That this motion is true to the best of
24  my Knowledge.
25
26      Jaime Estrada  X  Jaime Estrada
27
28      Executed on this Date  X  5-30-08