**FILED**

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

6/10/08

To Whom it may Concern.

In Reply to a Package Containing some Legal Papers. I Just Received the Motion For Court Appointed Attorney, and the Complaint Under the Civil Rights Act. Case No.(C08 02801) Mue Origanal filed 8 Jun by MR Richard W. Wieking. "Clerk" I did Not get Any Letter or indication, as to What to do Next? Can You Please inform me if I should write the Court or Wait?
thank You Very much for assistance.
Sincerely

**RECEIVED**

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jaime Estrada J-25281
PbSP SHU C2-215
PO Box 7500
Crescent City Ca
95531

Jaime Estrada J-75281
PbSP SHU C2-215
Po Box 7500
Crescent City, Ca,
95531

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$ 00.42⁰
JUN 12 2008
MAILED FROM ZIPCODE 95531




Office of the Clerk District
Court.
Northern District of California
450 Golden Gate Ave
San Francisco, California
94102