EDMUND G. BROWN JR.
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
WILFRED FONG
Deputy Attorney General
State Bar No. 154303
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2114
  Fax: (510) 622-2121
  E-mail: Wil.Fong@doj.ca.gov

*Attorneys for Defendants*
*California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| **JAIME IGNASCIO ESTRADA,** | Case No. C08 02801 MMC |
| Plaintiff, | **(Proposed) ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |
| v. | |
| **LINDA CAROL ROWE, M.D., MICHAEL SAYRE, M.D., et al.,** | Judge: Hon. Maxine M. Chesney |
| Defendants. | Trial Date TBA<br>Action Filed: June 5, 2008 |

    Defendants' ex parte application to extend time for the filing of a responsive pleading to the Complaint, and supporting declaration by Deputy Attorney General Wil Fong has been considered, and for good cause shown, the application is GRANTED. Defendants shall file a responsive pleading to plaintiff's complaint no later than forty five (45) days from the date of this order.

///

///

1 | SO ORDERED.
2 |
3 | DATED: ___May 1, 2009_____          _____/s/ Maxine M. Chesney_____
4 |                                       HON. MAXINE M. CHESNEY
                                          United States District Judge
5 |
6 | OK2009900858
    90113438.doc

2

(Proposed) Order Granting EOT to File Responsive Pleading to Complaint  (C08 02801 MMC)