IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME IGNASCIO ESTRADA,

    Plaintiff,

    v

LINDA CAROL ROWE, M.D., MICHAEL SAYRE, M.D. et al.,

    Defendants.

Case No C 08-2801 MMC

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on October 8, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Wilfred Fong

☒ Other: California Department of Corrections and Rehabilitation, William Barlow, Michael Sayre M.D.

(2)    The following individuals, parties, and/or representatives did not appear:

(3)    The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before

_____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on

_____.

☒ The parties are unable to reach an agreement at this time.

Date:  10/21/09

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Estrada

v.

Rowe
_____/

No. C 08-2801 MMC

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/21/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Jaime Ignascio Estrada**
Pelican Bay State Prison (PBSP)
J25281
P.O. Box 7500
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3