UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAIME IGNASCIO ESTRADA,

    Plaintiff,

v.

LINDA CAROL ROWE MD., ET AL. et al,

    Defendant.

Case Number: CV08-02801 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jaime Ignascio Estrada
Pelican Bay State Prison (PBSP)
J25281
P.O. Box 7500
Crescent City, CA 95532

Dated: March 12, 2010

    Richard W. Wieking, Clerk

    By: Frank Justiliano, Deputy Clerk