IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME IGNASCIO ESTRADA,

        Plaintiff,

  v.

LINDA CAROL ROWE, M.D., MICHAEL SAYRE, M.D., NANCY ADAM, M.D.,

        Defendants.

        No. CV-08-2801  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendants' motions for summary judgment are hereby GRANTED.

Dated: January 9, 2012

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk