IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME IGNASCIO ESTRADA, | No. C 08-2801 MMC (PR) |
| Plaintiff, | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL; DIRECTIONS TO CLERK** |
| v. | |
| LINDA CAROL ROWE, M.D., MICHAEL SAYRE, M.D., NANCY ADAM, M.D., | **(Docket No. 149)** |
| Defendants. | |

Plaintiff, a California prisoner incarcerated at Pelican Bay State Prison ("PBSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983 against three physicians employed at PBSP, claiming deliberate indifference to his serious medical needs. Summary judgment was granted in favor of defendants, and judgment entered on January 9, 2012. Plaintiff has filed a notice of appeal and a motion for appointment of counsel on appeal.

The motion seeking appointment of counsel is hereby DENIED, as this Court is without jurisdiction over the matter once the notice of appeal has been filed. Natural Res. Def. Council, Inc. v. Southwest Marine Inc., 242 F.3d 1163, 1166 (9th Cir. 2001).

1  The Clerk of Court shall forward this order to the Ninth Circuit Court of Appeals,
2 from which plaintiff may also seek the appointment of counsel.
3  This order terminates Docket No. 149.
4  IT IS SO ORDERED.
5 DATED: February 3, 2012

_____
MAXINE M. CHESNEY
United States District Judge